UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Penny Rumsey

                Plaintiff(s),                Case No. 2:14-cv-12700-GAD-RSW

v.                                                     Judge Gershwin A. Drain

Birch Communications, Inc.                Magistrate Judge R. Steven Whalen

                Defendant(s).
_____/

## STATEMENT OF DISCLOSURE
## OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

    Pursuant to E. D. Mich. LR 83.4, Birch Communications, Inc.

makes the following disclosure: *(NOTE: A negative report, if appropriate, is required.)*

1. Is said corporate party a subsidiary or affiliate of a publicly owned corporation?

    Yes ☐    No ☑

    If the answer is yes, list below the identity of the parent corporation or affiliate and the relationship between it and the named party.

    Parent Corporation/Affiliate Name:
    Relationship with Named Party:

2. Is there a publicly owned corporation or its affiliate, not a party to the case, that has a substantial financial interest in the outcome of the litigation?

    Yes ☐    No ☑

    If the answer is yes, list the identity of such corporation or affiliate and the nature of the financial interest.

    Parent Corporation/Affiliate Name:
    Nature of Financial Interest:

Date: August 25, 2014                Michael P. Donnelly

                                                        P45221
                                                        Fraser Trebilcock Davis & Dunlap PC
                                                        124 W. Allergan, Suite 1000
                                                        Lansing, MI 48933
                                                        517-377-0875
                                                        mdonnelly@fraserlawfirm.com

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| PENNY RUMSEY, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>BIRCH COMMUNICATIONS, INC. d/b/a LIGHTYEAR WIRELESS, a Georgia Corporation,<br><br>    Defendant. | **CASE NO. 2:14-cv-12700**<br><br>Hon. Gershwin Drain |

## DEFENDANT BIRCH COMMUNICATIONS, INC.'S CORPORATE DISCLOSURE STATEMENT

In accordance with Local Rule 83.4 and Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Birch Communications, Inc. ("Birch") hereby files its Certificate Corporate Disclosure Statement and in support thereof respectfully shows the Court as follows:

Birch Communications is a wholly-owned subsidiary of Birch Communications Holdings Inc., a Georgia corporation with its principal place of business in Missouri.

Dated:  August 26, 2014					Respectfully submitted,

FRASER TREBILCOCK DAVIS & DUNLAP, PC

By:   /s/ Michael P. Donnelly_____
     Michael Donnelly
       Michigan Bar No. (P45221)
     Michael Ashton
       Michigan Bar No. (P40474)
124 W. Allegan, Suite 1000
Lansing, MI  48933
mdonnelly@fraserlawfirm.com
mashton@fraserlawfirm.com
Telephone:  (517) 377-0875
Facsimile:  (517) 482-0887


JONES DAY
  Gregory R. Hanthorn
    Georgia Bar No. 323937
  Lynsey M. Barron
    Georgia Bar No. 661005
1420 Peachtree St. NE, Suite 800
Atlanta, Georgia  30309
ghanthorn@jonesday.com
lbarron@jonesday.com
Telephone:  (404) 581-3939
Facsimile:  (404) 581-8330

*Attorneys for*
*Birch Communications, Inc.*

## CERTIFICATE OF SERVICE

**I hereby certify** that on August 26, 2014, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on the persons listed below via transmission of Notices of Electronic Filing generated by CM/ECF or mail.

| | |
|---|---|
| Ari J. Scharg<br>ascharg@edelson.com<br>John Ochoa<br>jochoa@edelson.com<br>Mark Eisen<br>meisen@edelson.com<br>EDELSON PC<br>350 North LaSalle Street,<br>Suite 1300<br>Chicago, Illinois 60654<br>Tel: 312.589.6370<br>Fax: 312.589.6378<br><br>Henry M. Scharg<br>hmsattyatlaw@aol.com<br>LAW OFFICE OF HENRY M. SCHARG<br>718 Ford Building<br>Detroit, Michigan 48226<br>Tel: 248.596.1111<br>Fax: 248.671.0335 | Stefan Coleman<br>law@stefancoleman.com<br>LAW OFFICES OF STEFAN COLEMAN, LLC<br>201 South Biscayne Boulevard, 28th Floor<br>Miami, Florida 33131<br>Tel: 877.333.9427<br>Fax: 888.498.8946<br><br>*Attorneys for Plaintiff* |

By:   /s/ Michael P. Donnelly_____
　　　Michael Donnelly
　　　Michigan Bar No. (P45221)
Attorney for Birch Communications, Inc.