**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN**

| | |
|---|---|
| PENNY RUMSEY, individually and on behalf of all others similarly situated,<br><br>*Plaintiff,*<br><br>v.<br><br>BIRCH COMMUNICATIONS, INC. d/b/a LIGHTYEAR WIRELESS, a Georgia corporation,<br><br>*Defendant.* | Case No.: 2:14-cv-12700<br><br>Hon. Gershwin A. Drain<br><br>Mag. Judge R. Steven Whalen |

**STIPULATION AND ORDER TO WITHDRAW PLAINTIFF'S
PENDING RENEWED MOTION FOR CLASS CERTIFICATION [#9]**

Plaintiff Penny Rumsey ("Plaintiff") and Defendant Birch Communications, Inc. ("Defendant") (collectively, the "Parties"), hereby stipulate that Defendant shall not "pick off" Plaintiff by tendering a sum of monies that would moot her individual claims, and that Plaintiff shall withdraw her pending motion for class certification (dkt. 9) without prejudice.

**WHEREAS**, on July 9, 2014, Plaintiff filed her class action complaint against Defendant and at the same time, filed a motion for class certification requesting, among other things, that the Court reserve ruling on the issue of class certification until after the Parties have had a sufficient opportunity to commence and complete discovery related to the requirements of Fed. R. Civ. P. 23 for the

maintenance of this action as a class action (dkt. 2)[1];

**WHEREAS**, as explained in footnote 1 of that brief, Plaintiff's motion for class certification was filed in order to avoid having her class claims mooted through an offer of individual settlement, consistent with *Brunet v. City of Columbus*, 1 F.3d 390, 399-400 (6th Cir. 1993) and *Damasco v. Clearwire Corp.*, 662 F.3d 891, 896-97 (7th Cir. 2011);

**WHEREAS,** Defendant has agreed that Defendant and its counsel will not assert that the tender by Defendant of any individual compromise or settlement offer provides a basis for contending that Plaintiff will not be an adequate class representative, that Plaintiff lacks standing, or that Plaintiff's claim is moot;

**NOW THEREFORE**, the Parties, through their counsel of record, hereby stipulate and agree as follows:

1. Defendant expressly agrees that any individual compromise or settlement offer made by Defendant, and its receipt by Plaintiff or her counsel, shall not be asserted as a basis for contending that Plaintiff will not be an adequate class representative, that Plaintiff lacks standing, or that Plaintiff's claim is moot.

2. Plaintiff hereby withdraws her motion for class certification without prejudice to its re-filing at a later time.

---

[1] In response to this Court's July 11, 2014 Order, Plaintiff filed a Renewed Motion for Class Certification, again requesting that the Court reserve ruling on the motion until after the Parties have an opportunity to complete class discovery. (Dkt. 9.)

**IT IS SO STIPULATED.**

Dated: October 1, 2014         By: /s/ John C. Ochoa
                                   One of Plaintiff's Attorneys

Ari J. Scharg
ascharg@edelson.com
John Ochoa
jochoa@edelson.com
Mark Eisen
meisen@edelson.com
EDELSON PC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

Henry M. Scharg – P28804
hmsattyatlaw@aol.com
LAW OFFICE OF HENRY M. SCHARG
718 Ford Building
Detroit, Michigan 48226
Tel: 248.596.1111
Fax: 248.671.0335

Stefan Coleman*
law@stefancoleman.com
LAW OFFICES OF STEFAN COLEMAN, LLC
201 South Biscayne Boulevard, 28th Floor
Miami, Florida 33131
Tel: 877.333.9427

*Admission to be sought.

*Attorneys for Plaintiff*

Dated: October 1, 2014         By: /s/ Michael Donnelly
                                   One of Defendant's Attorneys

Michael Donnelly (Mich. Bar No. P45221)
Michael Ashton (Mich. Bar No. P40474)
124 W. Allegan, Suite 1000
Lansing, MI 48933
Mdonnelly@fraserlawfirm.com

mashton@frasierlawfirm.com
Telephone: (517) 377-0875
Facsimile: (517) 482-0887


Gregory R. Hanthorn (Ga. Bar No. 323937)
Lynsey M. Barron (Ga. Bar No. 661005)
JONES DAY
1420 Peachtree St. NE, Suite 800
Atlanta, Ga. 30309
ghanthorn@jonesday.com
lbarron@jonesday.com
Telephone: (404) 581-3939
Facsimile: (404) 581-8330


**SO ORDERED:**

Dated this 1st day of OCTOBER, 2014   /s/  Gershwin A. Drain
                                     The Honorable Gershwin A. Drain
                                     United States District Judge

4