# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| PENNY RUMSEY, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>BIRCH COMMUNICATIONS, INC. d/b/a LIGHTYEAR WIRELESS, a Georgia Corporation,<br><br>    Defendant. | Case No. 2:14-cv-12700<br><br>Honorable Gershwin Drain |

**JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE UNDER FED R. CIV. P. 41(a)(1)(A)(ii) AND 41(a)(1)(B)**

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Penny Rumsey ("Plaintiff") and Defendant Birch Communications, Inc. ("Defendant") that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and 41(a)(1)(B), this action shall be, and is, dismissed with prejudice as to all claims asserted by Plaintiff and without prejudice as to all claims asserted by the putative class.

NOW THEREFORE, IT IS HEREBY STIPULATED and AGREED:

(1)    Plaintiff's claims against Defendant in this action shall be dismissed with prejudice and the claims of the putative class members are dismissed without prejudice; and

(2)    The Parties shall each bear their own attorneys' fees and expenses

incurred in any way related to this action, except as otherwise agreed to by the Parties.

    IT SO STIPULATED.


Dated: June 25, 2015                        Respectfully submitted,

                                                **PENNY RUMSEY**, individual and on behalf of a class of similarly situated individuals,


                                                By:   /s/ John C. Ochoa
                                                       One of Plaintiff's Attorneys

                                              Ari J. Scharg
ascharg@edelson.com
John C. Ochoa
jochoa@edelson.com
EDELSON PC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

Henry M. Scharg – P28804
hmsattyatlaw@aol.com
LAW OFFICE OF HENRY M. SCHARG
718 Ford Building
Detroit, Michigan 48226
Tel: 248.596.1111
Fax: 248.671.0335

**BIRCH COMMUNICATIONS, INC.**

Dated: June 25, 2015

By: /s/ Gregory R. Hanthorn
     One of Defendant's Attorneys

Michael Donnelly (Mich. Bar No. P45221)
Michael Ashton (Mich. Bar No. P40474)
124 W. Allegan, Suite 1000
Lansing, MI 48933
Mdonnelly@fraserlawfirm.com
mashton@frasierlawfirm.com
Telephone: (517) 377-0875
Facsimile: (517) 482-0887

Gregory R. Hanthorn (Ga. Bar No. 323937)
Lynsey M. Barron (Ga. Bar No. 661005)
JONES DAY
1420 Peachtree St. NE, Suite 800
Atlanta, Ga. 30309
ghanthorn@jonesday.com
lbarron@jonesday.com
Telephone: (404) 581-3939
Facsimile: (404) 581-8330

## **CERTIFICATE OF SERVICE**

I, John C. Ochoa, hereby certify that on June 25, 2015, I served the above and foregoing ***Joint Stipulation of Voluntary Dismissal with Prejudice Under Fed. R. Civ. P. 41(a)(1)(A)(ii) and 41(a)(1)(B)*** by causing true and accurate copies of such paper to be transmitted to all counsel of record via the Court's CM/ECF electronic filing system, on this 25th day of June 2015.

                                                    /s/  John C. Ochoa
                                                      John C. Ochoa